BERNSTEIN LITOWITZ BERGER
  & GROSSMANN LLP
Blair A. Nicholas  (Bar No. 178428)
12481 High Bluff Drive, Suite 300
San Diego, CA 92130
Tel:   (858) 793-0070
Fax:   (858) 793-0323

*Counsel to Vinayak R. Pai Defined
Benefits Pension Plan and Proposed
Lead Counsel to the Class*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| VINAYAK R. PAI DEFINED BENEFITS PENSION PLAN, on Behalf of Itself and all Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>THE CHARLES SCHWAB CORPORATION, CHARLES SCHWAB & CO. INC., CHARLES SCHWAB INVESTMENT MANAGEMENT, INC., SCHWAB INVESTMENTS, CHARLES R. SCHWAB, EVELYN DILSAVER, RANDALL W. MERK, GREGORY HAND, GEORGE PEREIRA, DONALD F. DOWARD, MARIANN BYERWALTER, WILLIAM A. HASLER, ROBERT G. HOLMES, GERALD B. SMITH, DONALD R. STEPHENS, MICHAEL W. WILSEY and JEFF LYONS,<br><br>Defendants. | Case No. 08-Civ. _____ 2058 |

**PLAINTIFF'S CERTIFICATION OF INTERESTED
ENTITIES OR PERSONS PURSUANT TO CIVIL LOCAL RULE 3-16**

---

CERTIFICATION OF INTERESTED ENTITIES

TO THE COURT AND ALL PARTIES OF RECORD:

Pursuant to Civil Local Rule 3-16, the undersigned certifies that as of this date, other than the named parties, Plaintiff Vinayak R. Pai Defined Benefits Pension Plan is not aware of any persons, associations of persons, firms, partnerships, corporations, or other entities to have either (i) a financial interest (of any kind) in the subject matter in controversy or in a party to the proceeding, or there is no such interest to report; or (ii) any other kind of interest that could be substantially affected by the outcome of the proceeding.

Dated: April 21, 2008

Respectfully submitted,

BERNSTEIN LITOWITZ BERGER
& GROSSMANN LLP

_____
BLAIR A. NICHOLAS

BLAIR A. NICHOLAS
12481 High Bluff Drive, Suite 300
San Diego, CA 92130
Tel:   (858) 793-0070
Fax:   (858) 793-0323

*Counsel to Vinayak R. Pai Defined Benefits Pension Plan and Proposed Lead Counsel to the Class*

---

CERTIFICATION OF INTERESTED ENTITIES

-1-