| | |
|---|---|
| 1 | DARRYL P. RAINS (CA SBN 104802) |
| | TOM PLUMMER (CA SBN 240758) |
| 2 | MORRISON & FOERSTER LLP |
| | 755 Page Mill Road |
| 3 | Palo Alto, California  94304-1018 |
| | Telephone: 650.813.5600 |
| 4 | Facsimile: 650.494.0792 |
| | Email:  DRains@mofo.com |
| 5 | |
| | CRAIG D. MARTIN (CA SBN 168195) |
| 6 | STUART C. PLUNKETT (CA SBN 187971) |
| | KEVIN A. CALIA (CA SBN 227406) |
| 7 | MORRISON & FOERSTER LLP |
| | 425 Market Street |
| 8 | San Francisco, California  94105-2482 |
| | Telephone: 415.268.7000 |
| 9 | Facsimile: 415.268.7522 |

Attorneys for Defendants
The Charles Schwab Corporation, Charles Schwab & Co. Inc., Charles Schwab Investment Management, Inc., Schwab Investments, Charles R. Schwab, Evelyn Dilsaver, Randall W. Merk, Gregory Hand, George Pereira, Donald F. Dorward, Mariann Byerwalter, William A. Hasler, Robert G. Holmes, Gerald B. Smith, Donald R. Stephens, Michael W. Wilsey, and Jeff Lyons

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| VINAYAK R. PAI DEFINED BENEFITS PENSION PLAN, on Behalf of Itself and all Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>THE CHARLES SCHWAB CORPORATION, CHARLES SCHWAB & CO. INC., CHARLES SCHWAB INVESTMENT MANAGEMENT, INC., SCHWAB INVESTMENTS, CHARLES R. SCHWAB, EVELYN DILSAVER, RANDALL W. MERK, GREGORY HAND, GEORGE PEREIRA, DONALD F. DORWARD, MARIANN BYERWALTER, WILLIAM A. HASLER, ROBERT G. HOLMES, GERALD B. SMITH, DONALD R. STEPHENS, MICHAEL W. WILSEY, and JEFF LYONS,<br><br>Defendants. | Case No.   CV-08-02058 WHA<br><br>**NOTICE OF PENDENCY OF OTHER ACTION**<br><br>Related Cases:<br><br>*Labins,* CV-08-01510 WHA<br>*Hageman,* CV-08-01733 WHA<br>*Glasgow,* CV-08-01936 WHA<br>*Flanzraich,* CV-08-01994 WHA |

NOTICE OF PENDENCY OF OTHER ACTION
CV-08-02058 WHA
sf-2514906

1

1  Pursuant to Civil L.R. 3-13, defendants hereby notify the Court of the following three
2  actions pending in other district courts:
3  - *Bohl v. The Charles Schwab Corporation et al.*, Case No. Civ. 08-10593
4    ("*Bohl*"). filed April 8, 2008;
5  - *Coleman v. The Charles Schwab Corporation et al.*, Case No. Civ. 08-10626
6    ("*Coleman*"), filed April 11, 2008; and
7  - *Tully v. The Charles Schwab Corporation et al.*, Case No. Civ. 08-03652
8    ("*Tully*"), filed April 16, 2008.
9  The *Bohl*, *Coleman*, and *Tully* actions involve "all or substantially all of the same parties" as
10 the above-captioned action, as well as the four other related actions pending in this Court. The
11 complaints all assert identical claims under Sections 11, 12(a), and 15 of the Securities Act of
12 1933.
13 On May 13, 2008, Defendants filed a motion in the Southern District of New York for
14 transfer of the *Tully* action to the Northern District of California pursuant to 28 U.S.C. § 1404(a).
15 Defendants will shortly file motions in the District of Massachusetts requesting transfer of the
16 *Bohl* and *Coleman* action to this Court on the same grounds.

NOTICE OF PENDENCY OF OTHER ACTION
CV-08-02058 WHA
sf-2514906

1

| | | |
|---|---|---|
| 1 | Dated: May 15, 2008 | DARRYL P. RAINS |
| 2 | | CRAIG D. MARTIN |
| | | STUART A. PLUNKETT |
| 3 | | KEVIN A. CALIA |
| | | TOM PLUMMER |
| 4 | | MORRISON & FOERSTER LLP |

By:  /s/ Darryl P. Rains
      Darryl P. Rains

Attorneys for Defendants
The Charles Schwab Corporation, Charles Schwab & Co. Inc., Charles Schwab Investment Management, Inc., Schwab Investments, Charles R. Schwab, Evelyn Dilsaver, Randall W. Merk, Gregory Hand, George Pereira, Donald F. Dorward, Mariann Byerwalter, William A. Hasler, Robert G. Holmes, Gerald B. Smith, Donald R. Stephens, Michael W. Wilsey, and Jeff Lyons

NOTICE OF PENDENCY OF OTHER ACTION
CV-08-01510 WHA
sf-2514906

2