1  LOVITT & HANNAN, INC.
   Ronald Lovitt (State Bar No. 040921)
2  J. Thomas Hannan (State Bar No. 039140)
   900 Front Street, Suite 300
3  San Francisco 94111
   Telephone: (415) 362-8769
4  Facsimile: (415) 362-7528

5  BRAMSON, PLUTZIK, MAHLER & BIRKHAEUSER, LLP
   Alan R. Plutzik (State Bar No. 77785)
6  Michael S. Strimling (State Bar No. 96135)
   2125 Oak Grove Road, Suite 120
7  Walnut Creek, CA 94598
   Telephone: (925) 945-0200
8  Facsimile: (925) 945-8792

9  Attorneys for the Schwartz Group
   of Investors, Individually and On
10 Behalf of All Others Similarly
   Situated, and Proposed Lead Counsel
11

12                    UNITED STATES DISTRICT COURT

13                   NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 14  MIKE LABINS, on Behalf of Himself and All Others Similarly Situated,<br><br>16                          Plaintiff,<br><br>17      vs.<br><br>18  THE CHARLES SCHWAB CORPORATION; CHARLES SCHWAB & CO., INC.; CHARLES SCHWAB INVESTMENT MANAGEMENT, INC.; CHARLES R. SCHWAB; EVELYN DILSAVER; RANDALL W. MERK; AND GEORGE PEREIRA,<br><br>21                          Defendants. | Case No. CV-08-1510-WHA<br><br>**NOTICE OF MOTION AND MOTION FOR CONSOLIDATION OF ACTIONS; FOR APPOINTMENT OF THE SCHWARTZ GROUP OF INVESTORS AS LEAD PLAINTIFFS; AND FOR APPROVAL OF PLAINTIFFS' CHOICE OF LEAD COUNSEL**<br><br>**Date: June 26, 2008**<br>**Time: 8:00 a.m.**<br>**Judge: The Hon. William Alsup** |
| 22  GERRY HAGEMAN, on Behalf of Himself and All Others Similarly Situated,<br><br>                          Plaintiff,<br><br>      vs.<br><br>26  THE CHARLES SCHWAB CORPORATION, et al.,<br><br>                          Defendants. | CASE NO. CV 08-01733-CW |

| | |
|---|---|
| W. MERRILL GLASGOW, on Behalf of Himself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>THE CHARLES SCHWAB CORPORATION, et al.,<br><br>Defendants. | CASE NO. CV 08-01936-SI |
| NILS FLANZRAICH, on Behalf of Himself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>THE CHARLES SCHWAB CORPORATION et al.,<br><br>Defendants. | CASE NO. CV 08-01994-WHA |
| VINAYAK R. PAI DEFINED BENEFITS PENSION PLAN,<br><br>Plaintiff,<br><br>vs.<br><br>THE CHARLES SCHWAB CORPORATION, et al.,<br><br>Defendants. | CASE NO. CV 08-02058 WHA |

55483

1   TO ALL PARTIES and their attorneys of record herein:

2      PLEASE TAKE NOTICE that on June 26, 2008, at 8:00 a.m., at the United States

3   Courthouse, 450 Golden Gate Avenue, Courtroom9, 19th Floor, San Francisco, California, Richard

4   M. Schwartz, Trustee of the Celesta Schwartz Trust FBO Richard Schwartz under the Celesta

5   Schwartz Revocable Trust Dtd June 12, 1992; Richard M. Schwartz, Trustee of the Meyer

6   Schwartz Trust FBO Richard Schwartz under the Will of Meyer Schwartz, Deceased; the Charles

7   C. Bell Limited Partnership; Casa Marin, a California Corporation; and Sheri Bell, individually and

8   on behalf of C. Scott Bell pursuant to power of attorney (hereinafter the "Schwartz Group" of

9   Investors) will and hereby do move the Court for (1) consolidation of the related above-captioned

10   actions; (2) for appointment of the members of the Schwartz Group as Lead Plaintiffs; and (3) for

11   approval of Lead Plaintiffs' choice of Lovitt & Hannan, Inc. and Bramson, Plutzik, Mahler &

12   Birkhaeuser, LLP to serve as Co-Lead Counsel.

13      This motion is based on the supporting Memorandum of Points and Authorities and

14   Declaration of Michael S. Strimling (which includes the Certifications of the members of the

15   Schwartz Group) filed herewith, the pleadings and papers on file in this action and such other

16   evidence and argument as may be submitted to the Court at or prior to the hearing on this matter.

17      This motion is made on the grounds that the members of the Schwartz Group are the most

18   qualified plaintiffs to represent the class as lead plaintiffs in this matter as lead plaintiffs, and that

19   their counsel are experienced and capable.

20   Dated: May 16, 2008          LOVITT & HANNAN, INC.
21                           Ronald Lovitt (State Bar No. 040921)
                             J. Thomas Hannan (State Bar No. 039140)
22                           900 Front Street, Suite 300
                           San Francisco 94111
23                           Telephone: (415) 362-8769
                           Facsimile: (415) 362-7528

24

25                         _____/s/_____
                           J. Thomas Hannan

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

BRAMSON, PLUTZIK, MAHLER &
BIRKHAEUSER, LLP
Alan R. Plutzik
Michael S. Strimling
2125 Oak Grove Road, Suite 120
Walnut Creek, CA  94598
Telephone:  (925) 945-0200
Facsimile:  (925) 945-8792

Attorneys for the Schwartz Group of Investors,
Individually and On Behalf of All Others Similarly
Situated, and Proposed Lead Counsel

NOTICE OF MOTION AND MOTION FOR CONSOLIDATION; FOR APPOINTMENT OF THE
SCHWARTZ GROUP OF INVESTORS AS  LEAD PLAINTIFFS; AND FOR APPROVAL OF LEAD
PLAINTIFFS' CHOICE OF LEAD COUNSEL

3