**United States District Court**
For the Northern District of California

1

2

3

4

5                    IN THE UNITED STATES DISTRICT COURT

6                   FOR THE NORTHERN DISTRICT OF CALIFORNIA

7

8    MIKE LABINS,                                    No. C 08-01510 WHA

9              Plaintiff,                            **CLERK'S NOTICE**
                                                     **RESCHEDULING**
10     v.                                            **HEARINGS**

11   CHARLES SCHWAB CORPORATION, et al.,

12             Defendant.
     _____/

13

     GERRY HAGEMAN.                                  No. C 08-01733 WHA
14
               Plaintiff,
15
       v.
16
     CHARLES SCHWAB CORPORATION, et al.,
17
               Defendant.
18   _____/

19
     W. MERRILL GLASCOW,                             No. C 08-01936 WHA
20
               Plaintiff,
21
       v.
22
     CHARLES SCHWAB CORPORATION, et al.,
23
               Defendant.
24   _____/

25   NILS FLANZRAICH, et al.,                        No. C 08-01994 WHA

26             Plaintiff,

27     v.

28   CHARLES SCHWAB CORPORATION, et al.,

               Defendant.
     _____/

**United States District Court**
For the Northern District of California

1

2   VINAYAK R. PAI DEFINED BENEFITS PENSION                    No. C 08-02058 WHA
    PLAN.
3
                Plaintiff,
4
       v.
5
    CHARLES SCHWAB CORPORATION, et al.,
6
                Defendant.
7   _____/

8

9   (Plaintiff shall serve a copy of this notice on any party in the above-entitled action not appearing on
    the Notice of Electronic Filing or Other Case Activity and/or the attached Certificate of Service)

10

11          YOU ARE NOTIFIED THAT the Court has rescheduled all of the noticed Motions to

12  Appoint Lead Plaintiff and Lead Counsel and for Consolidation of Actions for **July 2, 2008 at 9:00**

13  **a.m.**, before the Honorable William Alsup. The case management conference previously set for June

14  19, 2008 is rescheduled for July 2, 2008 at 9:00 a.m.  Counsel shall file a joint case management

15  statement not less than seven days prior.  Please report to Courtroom 9, on the 19th Floor, U.S.

16  District Courthouse, 450 Golden Gate Avenue, San Francisco, CA  94102.

17

18  Dated: June 3, 2008                                    FOR THE COURT,

19                                                         Richard W. Wieking, Clerk

20                                                         By:_____

21                                                            Dawn K. Toland
                                                            Courtroom Deputy to the
22                                                          Honorable William Alsup

23

24

25

26

27

28

2